IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PDA, LLC, a Washington Limited Liability Company<br><br>　　　　　Defendant. | NO.  2:22-cv-00884-RSL<br><br>**JOINT STIPULATED MOTION TO DISMISS AND ORDER** |

## I. STIPULATED MOTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Steve Lewis and Defendant PDA LLC, by and through their undersigned counsel of record, hereby jointly stipulate and agree that a settlement agreement has been reached and as a result the parties further stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure. Further, each party will bear his or its own costs.

Joint Stipulated Motion to Dismiss and Order - 1
No.: 2:22-cv-00884-RSL

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3172

1  DATED THIS 16th day of August, 2022

2  By:
   <u>/s/ Conrad Reynoldson</u>
3  <u>/s/ Marielle Maxwell</u>
   Conrad Reynoldson, WSBA #48187
4  Marielle Maxwell, WSBA #54957
   (206) 428-3558
5  conrad@wacda.com
   marielle@wacda.com

6
   WASHINGTON CIVIL & DISABILITY ADVOCATE
7  4115 ROOSEVELT WAY NE, SUITE B, SEATTLE, WA 98105
   *Attorneys for Plaintiff*
8

9
   <u>/s/ Toan Soi            </u>
10 Toan Soi, WSBA# 40222
   2033 6th Ave. Suite 920
11 Seattle, WA 98121
   msoi@ilgseattle.com
12

13 INTEGRITY LAW GROUP, PLLC
   *Attorney for Defendant*
14

15 **ORDER**

16
   It is so ORDERED. This case is dismissed with prejudice in its entirety, with each party to
17
   bear its own costs and attorneys' fees.
18

19
        Dated this 17th day of August, 2022.
20

21                       _____
                          Robert S. Lasnik
22                        United States District Judge

23

---

Joint Stipulated Motion to Dismiss and Order - 2      WASHINGTON CIVIL & DISABILITY ADVOCATE
No.: 2:22-cv-00884-RSL                                4115 Roosevelt Way NE, Suite B
                                                      Seattle, WA 98105
                                                      (206) 428-3172